# EXHIBIT 1

| | |
|---|---|
| **SHERYL P. DICKINSON** *Individually and On Behalf of All Others Similarly Situated*, | |
| Plaintiff, | |
| v. | Civil Case No.: |
| **ATLANTIC CASUALTY INSURANCE COMPANY, STRICKLAND INSURANCE GROUP, INC., and STRICKLAND INSURANCE BROKERS, INC.** | **COLLECTIVE ACTION COMPLAINT** |
| | **JURY DEMAND** |
| Defendants. | |

## CONSENT TO SUE

I hereby consent to be a Plaintiff in the Fair Labor Standards Act case captioned above. I hereby consent to the bringing of any claims I may have under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney's fees, costs and other relief) and applicable state wage and hour law against the Defendant(s). I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by BROWN, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *[signature: SPaigeDic]*  **Dated:** 09 / 14 / 2020

**Name:** S. Paige Dickinson