UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHERYL P. DICKINSON *individually and*   )
*on behalf of all others similarly situated*   )
                Plaintiff,   )
                       )
v.   )     **JUDGMENT**
                       )
                       )     No. 5:20-CV-491-FL
ATLANTIC CASUALTY INSURANCE   )
COMPANY and STRICKLAND   )
INSURANCE GROUP, INC.   )
                Defendants.   )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' oral motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 25, 2021, and for the reasons set forth more specifically therein, defendants' oral motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to prosecute.

**This Judgment Filed and Entered on October 25, 2021, and Copies To:**
Sheryl P. Dickinson  (via US mail) 1107 West Durwood Crescent, Henrico, VA 23229
Kevin Scott Joyner / Michael B. Cohen (via CM/ECF Notice of Electronic Filing)

October 25, 2021                 PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                         (By) Sandra K. Collins, Deputy Clerk